# Third District Court of Appeal
## State of Florida

Opinion filed March 30, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-2342
Lower Tribunal No. F01-34236

————————

**Daniel Deleon,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Joseph Perkins, Judge.

Daniel Deleon, in proper person.

Ashley Moody, Attorney General, and Richard L. Polin, Assistant Attorney General, for appellee.

Before EMAS, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed.